UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CAROLYN D. BENOIT,** | **CIVIL ACTION NO. 6:17-CV-00641** |
| **Plaintiff,** | |
| V. | **CHIEF JUDGE HICKS** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and L'OREAL USA, INC., and SALONCENTRIC, INC., and L'OREAL USA REWARDS as Plan Administrator for the SALONCENTRIC, INC. COMPREHENSIVE WELFARE BENEFITS PLAN,** | **MAGISTRATE JUDGE WHITEHURST** |
| **Defendants.** | |

## JOINT STIPULATION OF DIMISSAL WITH PREJUDICE

Plaintiff Carolyn D. Benoit ("Plaintiff") and Defendants L'Oréal USA, Inc., SalonCentric, Inc., L'Oréal USA Rewards as Plan Administrator for the SalonCentric, Inc. Comprehensive Benefits Plan, United Healthcare Services, Inc., and United Healthcare Insurance Company (collectively, "Defendants" and, with Plaintiff, the "Parties")[1] file this Joint Stipulation of Dismissal stating as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1), the Parties hereby stipulate to dismiss this suit, and any claims which were or could have been made therein, with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

*/s/ J. Lomax Jordan Jr.*
J. Lomax Jordan Jr. (#07518 (T.A.)

---

[1] Defendant Liberty Life Assurance Company of Boston has already been dismissed from this Action. (*See* Doc. 77.)

1817 West University Avenue
Lafayette, LA 70506
Telephone: (337) 233-9984
Facsimile: (337) 233-5312
Email: maxjordan@cox.net

**COUNSEL FOR PLAINTIFF**


**AND**


*/ s/ Ryan Griffitts*
Ryan Griffitts, T.A.
Louisiana Bar No. 24801
Email: rgriffitts@littler.com
**LITTLER MENDELSON, P.C.**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
Telephone: (214) 880-8100
Facsimile: (214) 880-0181

- AND -

Wesley Stockard (admitted *pro hac vice*)
Georgia Bar No. 159090
Email: wstockard@littler.com
Rachel P. Kaercher (admitted *pro hac vice*)
Georgia Bar No. 743007
Email: rkaercher@littler.com
**LITTLER MENDELSON, P.C.**
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA 30326.4803
Telephone: 404.233.0330
Facsimile: 404.233.2361

**ATTORNEYS FOR DEFENDANTS L'ORÉAL USA, INC., SALONCENTRIC, INC., L'ORÉAL USA REWARDS, UNITED HEALTHCARE SERVICES INC., AND UNITED HEALTHCARE INSURANCE COMPANY**